**CDJ**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Deidra Rivers

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Bureau of Alcohol Tobacco,
Firearms and Explosives (ATF)

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**16    0876**

**COMPLAINT**

Jury Trial:  ☐ Yes    ☑ No

*(check one)*

I.    **Parties in this complaint:** Deidra Rivers, Marcus Walker and Addya Rivers

A.    List your name, address and telephone number. If you are presently in custody, include your identification
      number and the name and address of your current place of confinement. Do the same for any additional
      plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | Name | Deidra Rivers |
|---|---|---|
| | Street Address | 1657 Margaret St |
| | County, City | Philadelphia |
| | State & Zip Code | Pennsylvania  19124 |
| | Telephone Number | 215·806·4488 |

*Rev. 10/2009*

FEB 22 2016

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary,

Defendant No. 1      Name _Deidra Rivers_
                     Street Address _1657 Margaret ST_
                     County, City _Philadelphia_
                     State & Zip Code _Pennsylvania 19124_

Defendant No. 2      Name _Marcus Walker (70546066)_
                     Street Address _FCI McKean 6975 Route 59_
                     County, City _Lewis Run_  _Lewis Run PA 16738_
                     State & Zip Code _PA 19738_

Defendant No. 3      Name _Adelya Rivers_
                     Street Address _1657 Margaret ST_
                     County, City _Philadelphia_
                     State & Zip Code _Pennsylvania 19124_

Defendant No. 4      Name _____
                     Street Address _____
                     County, City _____
                     State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
     Q   Federal Questions            Q   Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Civil Rights - damages done to my property while looking for my son._

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur?  _1630 W Ruscomb St_

B.    What date and approximate time did the events giving rise to your claim(s) occur?  _August 13, 2013 approximatly at 7AM._

C.    Facts:  _Damages to my property happend while entering my home when my daughter was in the house asleep._

[Who did what?]  _ATF entered busting and ripping the doors off in my basement and the back entrance of my home._

[Who else saw what happened?]  _Several neighbors my daughter was present @ the time. I drove up and the damage was aready done._

*Rev. 10/2009*

- 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I'm seeking compensation in the amount of 3805, 35 the cost to replace doors and court fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 22 day of February , 20 16 .

Signature of Plaintiff _Deidra Rivers_

Mailing Address _1657 Margaret St_
_Phila PA 19124_

Telephone Number _215. 806. 4488_

Fax Number *(if you have one)*

E-mail Address _d1630R@GMAIL.COM_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 10/2009*                                          - 5 -



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Chief Counsel*

Washington, DC 20226
www.atf.gov

LIT-15-224794-LS

CERTIFIED MAIL
RETURN RECEIPT REQUESTED          2 1 AUG 2015

Ms. Deidra Rivers
1630 W Ruscomb St.
Philadelphia, PA 19141

          Re:    FTCA Administrative Claim

Dear Ms. Rivers:

This letter is regarding an administrative claim you presented to the Bureau of Alcohol,
Tobacco, Firearms and Explosives (ATF) under the Federal Tort Claims Act (FTCA), 28
U.S.C. §§ 1346(b), 2671-80, alleging damage to your property during the execution of an
arrest warrant on August 12, 2013.  You seek $3,805.35 in damages.

The claim has been denied.

If you are not satisfied with this action, a lawsuit must be filed in the appropriate United
States district court not later than six months after the date of the mailing of this
notification.

Any questions concerning this letter may be addressed to Lance Simon, the attorney
assigned to this matter, at (202) 648-7016.

                    Sincerely yours,

                    Melissa A. Anderson
                    Associate Chief Counsel
                    Litigation Division